IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-137-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    BRIAN EUGENE ANNIS,

       Defendant.

## STIPULATED PROTECTIVE ORDER

THE UNITED STATES OF AMERICA, through Assistant United States Attorney Pegeen D. Rhyne, and defendant Brian Eugene Annis, through his counsel Assistant Federal Public Defender Edward Harris, hereby submit this Stipulated Protective Order for the Court's consideration and approval.

On March 25, 2010, the government executed search warrants in connection with an investigation of Joseph Hill and Creative Consulting Group.  As a result of these search warrants, computers and computer storage devices were seized and imaged. The government intends to make these computers and computer storage devices available in discovery to defendant Brian Eugene Annis; however, the government believes that this computer evidence contains personal identifying information relating to third parties.

In order to balance the privacy concerns of these third parties against the important interest in the government providing broad discovery in this case, the parties stipulate to

1

this protective order. For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d)(1).

IT IS STIPULATED that disclosure of information contained on the computers and computer storage devices provided in discovery in this case shall be made only to the defendant, his attorney, and anyone hired or employed for the purpose for assisting in the preparation of the defense in this case; the defendant and his attorney or agents will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case; this information shall be maintained in the defense attorney's custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.

SO STIPULATED:

_____   4/18/14
EDWARD HARRIS                     Dated
Counsel for Brian Eugene Annis

_____   4/18/14
AUSA Pegeen Rhyne                 Dated
Counsel for the United States


APPROVED and SO ORDERED:

_____
The Honorable ~~CHRISTINE M. ARGUELLO~~ Kristen L. Mix
United States District Court Judge